IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDCOM WIRELESS INC., | No. C-01-04884 JSW |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION TO AMEND JUDGMENT** |
| v. | |
| CORAL WIRELESS PRODUCTS, INC., | |
| Defendant. | |

The Court has reviewed Magistrate Judge Elizabeth D. Laporte's Report and Recommendation re Plaintiff's Motion for Amend Judgment. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiff's Motion to Amend Judgment is HEREBY GRANTED.

**IT IS SO ORDERED.**

Dated: July 15, 2005

  /s/ Jeffrey S. White  
JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE