IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WORLDCOM WIRELESS INC.,                      No. C-01-04884 JSW

    Plaintiff,                                              **AMENDED JUDGMENT**

v.

CORAL WIRELESS PRODUCTS, INC.,

    Defendant.

    It is ORDERED AND ADJUDGED that default judgment previously entered in the above-captioned matter is HEREBY AMENDED. The default judgment is AMENDED to include the former names of Defendant Coral Wireless Products, Inc.: Quest Wireless, Inc., Com-Quest Wireless and Delconn Wireless Products, Inc. Accordingly, the Clerk is directed to enter judgment in favor of Plaintiff and against Defendants Coral Wireless Products, Inc., Quest Wireless, Inc., Com-Quest Wireless and Delconn Wireless Products, Inc. in the amount of $396,817.27 and prejudgment interest in the amount of $65,097.

    **IT IS SO ORDERED.**

Dated: July 15, 2005                                                  /s/ Jeffrey S. White
                                                                                                    JEFFREY S. WHITE
                                                                                                    UNITED STATES DISTRICT JUDGE